Certificate Number: 03788-OHN-DE-021927406

Bankruptcy Case Number: 13-51790



03788-OHN-DE-021927406

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 27, 2013, at 11:55 o'clock AM EDT, Ben Fickey completed a course on personal financial management given by internet and telephone by Alliance Credit Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date:  September 27, 2013         By:    /s/Tonia McDougald

                                  Name:  Tonia McDougald

                                  Title: Accredited Credit Counselor