# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-51790 MSS
**Case Name:** FICKEY, BEN ROBERT

**Period Ending:** 12/31/13

**Trustee:** (520210) KATHRYN A. BELFANCE, TRUSTEE
**Filed (f) or Converted (c):** 06/20/13 (f)
**§341(a) Meeting Date:** 08/13/13
**Claims Bar Date:** 12/16/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Situated in Township of Northhampton, now, Cuyah | 7,380.00 | 0.00 | | 0.00 | FA |
| 2 | PNC Personal Checking Acct. XXXXXX0909 | 137.10 | 0.00 | | 0.00 | FA |
| 3 | Computer and laptop - Approx 4 years | 125.00 | 0.00 | | 0.00 | FA |
| 4 | One half interest in bedroom set, living room fu | 750.00 | 0.00 | | 0.00 | FA |
| 5 | One-half Interest in refrigerator, stove, kitche | 750.00 | 0.00 | | 0.00 | FA |
| 6 | One lot Mem's clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 2 fishing poles and tackle | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Cincinnati Life Insurance Company - term life po | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 100% stock interest - Big Framing Contractor aka | 0.00 | 1.00 | | 0.00 | 1.00 |
| 10 | Dodge Ram 2004 3500 (257,000 miles) | 3,500.00 | 0.00 | | 0.00 | 1.00 |
| 11 | 2006 Honda CRV (90,000) miles | 2,350.00 | 0.00 | | 0.00 | 1.00 |
| 12 | 2 filoing cabinets, desk, table and chairs | 100.00 | 0.00 | | 0.00 | FA |
| 13 | One lot - used carpenter and hand tools | 1,850.00 | 0.00 | | 0.00 | FA |
| 14 | 2006 Yamaha 125 cc scooter | 750.00 | 0.00 | | 0.00 | 1.00 |
| 14 | Assets   Totals (Excluding unknown values) | $18,292.10 | $1.00 | | $0.00 | $4.00 |

**Major Activities Affecting Case Closing:**

TRUSTEE TO REVIEW DEBTOR'S BUSINESS.
TRUSTEE TO AUCTION DEBTOR'S VEHICLES.

Printed: 01/23/2014 03:58 PM   V.13.14

13-51790-mss   Doc 44   FILED 01/23/14   ENTERED 01/23/14 16:36:47   Page 1 of 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 13-51790 MSS | **Trustee:** (520210) KATHRYN A. BELFANCE, TRUSTEE |
| **Case Name:** FICKEY, BEN ROBERT | **Filed (f) or Converted (c):** 06/20/13 (f) |
| | **§341(a) Meeting Date:** 08/13/13 |
| **Period Ending:** 12/31/13 | **Claims Bar Date:** 12/16/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** June 30, 2014   **Current Projected Date Of Final Report (TFR):** December 31, 2014